# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1749
_____

United States of America,          *
          *
        Appellee,       *
          *
      v.             *
          *
Frankie Louis Vasquez,        *
          *
        Appellant.     *

_____

No. 02-2319
_____

United States of America,          *
          *
        Appellee,       *
          *
      v.             *
          *
Frankie Louis Vasquez,        *
          *
        Appellant.     *

Appeals from the United States
District Court for the
Northern District of Iowa.
[UNPUBLISHED]

_____

Submitted:  December 12, 2002

Filed:  February 11, 2003
_____

Before WOLLMAN, LAY, and MAGILL, Circuit Judges.
_____

PER CURIAM.

In September of 1994, the district court[1] sentenced Frankie Louis Vasquez to 63 months of imprisonment, to be followed by three years of supervised release.

Following a March 5, 2002, revocation hearing, the district court sentenced Vasquez to 90 days of incarceration, to be followed by eighteen months of supervised release.

Vasquez now appeals from the sentence, contending that the district court erred in denying his motion for continuance of the revocation proceedings. Having reviewed the record in this highly fact-bound case, we conclude that the district court did not abuse its discretion in denying the motion and that an extended opinion would have no precedential value.

The judgment is affirmed. The government's motion to dismiss the appeal as moot is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Michael J. Melloy, then a United States District Judge for the Northern District of Iowa, now a member of the United States Court of Appeals for the Eighth Circuit.